**ORDERED.**

**Dated: June 01, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:26-bk-00347-JAB
Chapter 13

IN RE:     PEARLINE HAMILTON
          Debtor(s)

_____

### CONSENT ORDER GRANTING DEBTOR'S MOTION TO VALUE SECURED CLAIM 9-1 OF MERCEDES-BENZ FINANCIAL SERVICES USA LLC (DE 28)

THIS CASE came on for consideration without a hearing on the Debtor's Motion to Value Secured Claim 9-1 held by Mercedes-Benz Financial Services USA LLC (DE 28). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. The hearing on this matter scheduled for June 3, 2026 at 11:00 am is no longer necessary and is hereby cancelled. Accordingly, it is

**ORDERED:**

1. The Motion (DE 28) is Granted pursuant to 11 U. S. C. §506(a).

2. Debtor owns a 2021 Mercedes-Benz AMG GT43; VIN: W1K7X5KB5MA039033; Loan # 9001.

3. The parties agree that the fair market value of the vehicle is $64,500.

4. Mercedes-Benz Financial holds a secured claim of $64,500 and is entitled to an 8.75% rate of interest in the Chapter 13 plan.

D. C. Higginbotham, Esquire is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.